1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

H&R BLOCK TAX SERVICES, INC.,

                                    Court File No. 05-228 PAM/RLE

        Plaintiff,

v.                                       **ORDER FOR DISMISSAL**
                                       **WITH PREJUDICE**

JEAN T. PESHEL,

        Defendant.

---

Based upon the Stipulation of the parties,

    IT IS ORDERED THAT:

That the above referenced matter is dismissed with prejudice.


DATED: August 29 , 2005                    BY THE COURT:

                                                  s/Paul A. Magnuson
                                                  Honorable Paul A. Magnuson
                                                  United States District Court Judge

2557435v1